# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD KOSMALSKI,<br><br>      *Plaintiff*,<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE,<br><br>      *Defendant*. | CIVIL ACTION<br>NO. 17-5726 |

## ORDER

**AND NOW**, this 2nd day of May, 2018, upon consideration of Progressive's Motion to Dismiss Count II (ECF No. 3) and Kosmalski's Response (ECF No. 4), it is hereby **ORDERED** that:

1. Progressive's Motion is **GRANTED**;
2. Count II is **DISMISSED without prejudice**; and,
3. Kosmalski is granted leave to file an amended complaint on or before May 18, 2018.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.